GILBERT H. CRAWFORD, as Sole Permanent Receiver of ROLAND STEEL COMPANY, INC., Appellant, v. JOHN DETJENS, Respondent.— Motion of respondent to open default in filing brief granted. Appellant may have until November twenty-third to file reply brief. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.; Tompkins, J., not voting.

JACOB ZASLOW, Respondent, v. LAZAR RABINOWITZ and Others, Defendants; MAX SATZ, Appellant.— Motion for stay granted upon condition that within five days from the entry of the order herein appellant furnish an undertaking with corporate surety in the sum of $2,000 to secure payment of the judgment, interest and costs in the event that the order be affirmed; otherwise, motion denied, with ten dollars costs. Present — Young, Kapper, Tompkins and Davis, JJ.

JOHN ANDREWS, Respondent, v. VINCENZO GUARDINO, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

HENRY BEHR and ARTHUR BEHR, Copartners, Doing Business under the Firm Name and Style of BEHR BROS., Respondents, v. EMMA DAMRAU, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

THELMA S. BREEN, Appellant, v. JOSEPH V. BREEN, Respondent.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

JOSEPH COMEFORO and JEAN COMEFORO, Respondents, v. NATIONAL PIPE PRODUCTS CORPORATION and Another, Appellants; HYMAN ZIEK, Defendant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

JERRY COSTELLO and Others, Plaintiffs, v. LOUIS ZELLER, Respondent; SALVATORE CIRONE, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

HUGH T. DUNN, Respondent, v. UNEXCELLED MANUFACTURING COMPANY, INC., Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

ELVIN TRUCKING CORPORATION, Appellant, v. SAMUEL FIMINELLA and Others, Respondents. (Appeal No. 1.) — Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

ANNA GITLITZ and JULIUS SELTZER, as Administrators, etc., of MAX GITLITZ, Deceased, Respondents, v. GOODMAN & MANDEL, INC., Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

ABRAHAM HEIMOWITZ, Respondent, v. BIELECKY BROS., INC., Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.